UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                               Case Number: 13-18279 ABA

Debtor: Frank P. Martines, III

| Check Number | Creditor | Amount |
|---|---|---|
| 1864062 | Frank P. Martines, III | 2304.21 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   October 14, 2014